Edwin Velez #1016138
1200 Prison Rd
Lovelock, Nv. 89419

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

EDWIN VELEZ
    Plaintiff      Case No.

vs.

DIRECTOR OZURHOA     CIVIL RIGHTS COMPLAINT
WARDEN BAKER        PURSUANT TO
DOCTOR MACULLIN      42 U.S.C. §1983
DOCTOR ROLAND CHEN

COMPLAINT WITH JURY DEMAND

Introduction.

This is a Civil Rights action filed by Edwin Velez, a State prisoner, for damages and injunctive relief under 42 U.S.C §1983, alleging denial of proper medical care in Violation of the Eighth Amendment to the United States Constitution.

Page 1

## Jurisdiction

1. This Court has jurisdiction over the Plaintiff's claims of violation of his Federal Constitutional Rights under 42 U.S.C. §§ 1331(1) and 1343.

2. This Court has supplemental jurisdiction over the Plaintiff's state law tort claims under 28 U.S.C. § 1367.

## Parties

3. The Plaintiff Edwin Velez was, and still is incarcerated at, or with Lovelock Correctional Center ("Lovelock") during the events described in this complaint.

4. Defendant, Director Dzurenda is, or was the Director of the Nevada Department of Corrections (NDOC) at the time of the events listed, or stated herein. He is being sued in his individual, and offical capacities.

5. Defendant Baker (warden) is, or was the warden of the Lovelock Correctional Center. She is being sued in her individual, and offical capacities.

6. Defendant, Doctor Mccullin, is or was a doctor at the Winnemucca Hospital, who is being sued in his individual, and offical capacities.

7. Defendant: Doctor Ronald Chen, is or was a doctor at Carson Tahoe Hospital, and is being listed or documented as he can provide the needed expert medical testimony stating that the wrong procedure was done on the Plaintiff.

8. Starting this process the Plaintiff was seen by a correctional facility doctor who recomended the Plaintiff should be seen by an "outside" medical provider.

9. When seen by the "outside" medical provider Doctor Macullin it was tried several times to "fix" the Plaintiff's medical problems.

10. At a later date the Plaintiff was seen by Defendant Roland Chen who is only listed in this case due to the fact of a needed "court order" to obtain proper contact with the Doctor, to get expert testimony.

11. Defendant Chen can not only give expert testimony, but is the doctor/surgin that removed the Plaintiff's testical due to the lack of proper medical treatment.

12. Now as of this date the Plaintiff, due to the lack of proper medical treatment has lost a testical.

Page 3

Misuse of medical treatment.

13. In these events Defendant, Ozuendo, Warden Becker, and Doctor Maccullin acted with out proper due care.

14. The Plaintiff at all times in this matter was cooperative, and not only did the NDOC know of his medical problems, but the other medical providers did as well.

15. In this case it wasn't until the Plaintiff was seen by doctor Chen that it was known how the medical problems should have been taken care of, or fixed.

16. During, and even before this entire medical issue all the Defendants were well informed of not only the medical issues, but also the pain the Plaintiff was in.

Denial of Proper Due Process.

17. In this case the Plaintiff's medical issues are, or were in the hands of the NDOC. It wasn't until the Plaintiff was seen by doctor Chen that the Plaintiff found out that his medical issues should have been handled differently.

18. If there was proper due process used, before the Plaintiff's testical was removed a second opinion would of been had.

19. The Plaintiff is not only a Pro-se litigant, but is a layman in proper medical procedures. It wasn't until the visit with Dr. Chen that the Plaintiff knew that his testicle could have been saved.

20. At all times in this matter the Plaintiff's medical issues were in the hands of the Defendant's

### Denial of Proper Medical Care.

21. When the Plaintiff was finally seen by Dr. Chen, it wasn't until then that the Plaintiff knew his testicle could have been saved.

22. It was later stated by Dr. Chen that if the Plaintiff's medical procedures would have been done correctly that he would still have his testicle.

### Exhaustion of Administrative Remedies.

23. As seen in Exhibit 1 the Plaintiff has exhausted his administrative remedies with respect to the claims listed above.

24. This, or these claims may need to be amended further in the future when more information is obtained.

25. The Plaintiff has filed, and followed the grievance procedure. All three levels of the grievance procedure have been filed.

Claims for Relief.

26. The actions of the defendants should easily be seen as medical claims. In failing to intervene, or prevent the loss of the Plaintiff's testical is a clear violation of the Eighth Amendment to the United States constitution.

Relief Requested.

WHEREFORE, Plaintiff requests that this court grant the following relief:

A. Issue a declaratory judgment stating that:
1. Defendant, Director Devents, Warden Baker, and doctor Mccullin actions in failing to provide adequate medical care for the Plaintiff violated the Plaintiff's rights under the Eighth Amendment to the United States Constitution.

B. Award compensatory damages in the following amounts:
1. $10,000 jointly and severally against the Director, Warden, and Doctor Mccullin for the punishment, including deprivation of liberty and amenity, and emotional injury resulting from their denial of proper due process

Page 6

2. $50,000 jointly and severally against the NDCC Director, Warden, and Doctor McCullen for their failure to provide adequate medical care to the Plaintiff.

C. Award compensatory damages in the following amounts:
1. $100,000 jointly and severally against Defendants Director, Warden, and Doctor McCullen for the physical and emotional injuries sustained as a result of the Plaintiff's final surgery.

2. $50,000 jointly and severally against Defendants Director, Warden, and doctor McCullen for the physical and emotional injury resulting from their failure to provide adequate medical care to the Plaintiff.

D. Award punitive damages in the following amounts:
1. $10,000 against each Defendant, Director, Warden, and Doctor McCullen.

E. Grant such other relief as it may appear the plaintiff is entitled.

Dated this 25th day of April, 2021
Respectfully submitted   X _____

Edwin Velez

Page 7

# EXHIBIT 1

# EXHIBIT 1



Log Number 2006-30-92784

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: Edwin Velez  I.D. NUMBER: 1016138
INSTITUTION: LCC  UNIT: 4B-22A
GRIEVANT'S STATEMENT: Medical testical Surgery done by Dr. Macullen at Wanamuca Hospital 3 times and all he did was a cut and drian fluid out of my textical left side my last surgent Dr. Chen, Roland from Carson Hospital Sergin →

SWORN DECLARATION UNDER PENALTY OF PERJURY
INMATE SIGNATURE: [signed]  DATE: 11/17/19  TIME: 2:00 P.M.
GRIEVANCE COORDINATOR SIGNATURE: [signed]  DATE: 4/18/19  TIME: 11:30 am

GRIEVANCE RESPONSE: See attached response.

CASEWORKER SIGNATURE: [signed] CNTI  DATE: 12/2/19
___ GRIEVANCE UPHELD  ✓ GRIEVANCE DENIED  ___ ISSUE NOT GRIEVABLE PER AR 740
GRIEVANCE COORDINATOR APPROVAL: [signed]  DATE: 12/30/19

___ INMATE AGREES  S.N. INMATE DISAGREES
INMATE SIGNATURE: [signed]  DATE: 1/2/2020

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

Original: To inmate when complete, or attached to formal grievance
Canary: To Grievance Coordinator
Pink: Inmate's receipt when formal grievance filed
Gold: Inmate's initial receipt

RECEIVED NOV 19 2019
Lovelock Correctional Center Medical Department

RECEIVED NOV 18 2019
LOVELOCK CORRECTIONAL CENTER GRIEVANCES

DOC 3091 (12/01)

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Edwin Velez   I.D. NUMBER: 1016138

INSTITUTION: LCC   UNIT #: 4B-22A

GRIEVANCE #: _____   GRIEVANCE LEVEL: INFORMAL

GRIEVANT'S STATEMENT CONTINUATION:   PG. 2 OF 2 OF 2

said it was the wrong procedure. Some time ago I was having Siver problems to inclure Pain, that was more then 2 1/2 years ago now. Very uncomfortable. After numerious complaints, I was finally seen by Dr. Mecullir, when I was seen by him the only thing he did was drain my testical. Some time later due to the problem not being fritel and more complaints I was seen by a different Doctor in Carson City, Dr. Chen, AND the doctor told me that it was to late to save the textical it had to put off. he could not save it. Because of the poor Job the Frist doctor in Wanamuca Dr. Maeullin. As a Remory to this issue I would like 2 Million dallars. Appliances of My choice, be Made a level one INmate —

Original:   Attached to Grievance
Pink:   Inmate's Copy

RECEIVED
NOV 18 2019
CORRECTIONAL
DOC-3045 (01/02)

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Edwin Velez   I.D. NUMBER: 1016138

INSTITUTION: LCC   UNIT #: 4B-22A

GRIEVANCE #: _____   GRIEVANCE LEVEL: _____

GRIEVANT'S STATEMENT CONTINUATION:   PG. 3 OF 3 OF 3

AN ALSO be given my P.I. Job back so I can live my rest of my time I have left Comfortable.

Thank you.
Mr. [signature]

Original: Attached to Grievance
Pink: Inmate's Copy

RECEIVED
NOV 18 2019
DOC - 3092 [illegible] CORRECTIONAL
GRIEVANCE



# State of Nevada
## Department of Corrections

INMATE GRIEVANCE REPORT

4B/22

**ISSUE ID#** 20063092784

**ISSUE DATE:** 11/18/2019

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| VELEZ, EDWIN | 1016138 | RTRN_INF | BEGERTON |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| IF | 12/17/2019 | 4 | Denied | KHOSTMAN | A |

### INMATE COMPLAINT

### OFFICIAL RESPONSE

It is the mandate of the LCC medical department to deliver medical care to our patients here at LCC. You were seen by two different doctors who are not part of the NDOC. If you have concerns regarding the care you received from them these concerns would best be addressed by them. The remedies you are seeking involve legal and employment issues and might better be addressed by your caseworker. If you have medical concerns you would like addressed please submit a kite requesting an appointment with Dr. Adamson or requesting to be seen at nurse sick call. If you feel you are experiencing a medical emergency please have your unit officer contact the LCC medical department. Grievance denied

**GRIEVANCE RESPONDER** [signature] Begerton CNIII

RECEIVED

Page 1 of 1
FEB 25 2020
Lovelock Correctional Center
Medical Department

Report Name: NVRIGR
Reference Name: NOTIS-RPT-OR-0217.4
Run Date: DEC-17-19 02:04 PM

Log Number 20063092784

## NEVADA DEPARTMENT OF CORRECTIONS
## FIRST LEVEL GRIEVANCE

NAME: Edwin Velez                    I.D NUMBER: 1016138

INSTITUTION: Lovelock Correctional Ctr   UNIT: 4B

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER 20063092784, IN A FORMAL MANNER. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: _____  DATE: 1-5-20

WHY DISAGREE: Physicians who contract with prisons to provide medical services are acting under the color of State law. See Georgia V. McCollum, 505 U.S. 42, 53 (1992). For the purpose of the P.L.R.A. this grievance will continue as required under 42 U.S.C. §1983.

GRIEVANCE COORDINATOR SIGNATURE: _____  DATE: 1/8/20

FIRST LEVEL RESPONSE: See Attached Response

____ GRIEVANCE UPHELD    √ GRIEVANCE DENIED ____    ISSUE NOT GRIEVABLE PER AR 740

WARDEN'S SIGNATURE: _____  TITLE: AWNI    DATE: 1-28-2020

GRIEVANCE COORDINATOR SIGNATURE: _____  DATE: 1/29/20

____ INMATE AGREES    EV INMATE DISAGREES

INMATE SIGNATURE: _____  DATE: 2/4/20

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A SECOND LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | | |
|---|---|---|
| Original: | To Inmate when complete, or attached to formal grievance | |
| Canary: | To Grievance Coordinator | |
| Pink: | Inmate's receipt when formal grievance filed | |
| Gold: | Inmate's initial receipt | |

RECEIVED
FEB 25 2020
Lovelock Correctional Center
Medical Department

RECEIVED
JAN 08 REC'D 2020
Lovelock Correctional Center
Medical Department

RECEIVED
JAN 08 2020
LOVELOCK CORRECTIONAL CENTER
GRIEVANCES

DOC 3093 (12/01)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Edwin Velez         I.D. NUMBER: 1016138

INSTITUTION: Lovelock Corr. Center   UNIT #: 4B

GRIEVANCE #: 20063092784   GRIEVANCE LEVEL: First

GRIEVANT'S STATEMENT CONTINUATION:   PG. 1 OF ____

I am perplexed by your suggestion that I contact your service provider for my medical concerns and your suggestion that the prison is somehow absolved of responsibility.

Moreover, you also seem to believe that my caseworker is a solution to any of my issues, I strongly disagree.

I stand by my complaint at the informal level and will continue to meet the requirements of the P.L.R.A. before bringing this issue to litigation.

Original:   Attached to Grievance
Pink:       Inmate's Copy

RECEIVED

FEB 25 2020

Lovelock Correctional Center
DOC-3097 (01/02) ment



# State of Nevada
## Department of Corrections

### INMATE GRIEVANCE REPORT

4B/22

**ISSUE ID#** 20063092784      **ISSUE DATE:** 11/18/2019

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| VELEZ, EDWIN | 1016138 | RTRN_L1 | RDONNELLY |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| 1 | 01/27/2020 | 5 | Denied | KHOSTMAN | A |

**INMATE COMPLAINT**

**OFFICIAL RESPONSE**

This is a First Level Grievance in which Mr. Velez states that he is perplexed by the answer at the Informal Level. It was suggested in the Informal that Mr. Velez make an appointment with an NDOC Provider to better understand what could have happened to cause the loss of the testicle. The Providers within the NDOC did send Mr. Velez to specialists who determined what needed to be done at the time. These specialists agree to accept NDOC patients. They do not work for the NDOC. Contract Physicians actually work inside the Prison. It would be beneficial to Mr. Velez to discuss the medical decisions that were made with a medical Provider here within the Correctional Center. Grievance denied.

**GRIEVANCE RESPONDER** _(signature)_ Donnelly - Don T

**RECEIVED** FEB 25 2020
Lovelock Correctional Center
Medical Department

Report Name: NVRIGR
Reference Name: NOTIS-RPT-OR-0217.4
Run Date: JAN-27-20 10.45 AM

Page 1 of 1

LOG NUMBER: 20063 092784

# NEVADA DEPARTMENT OF CORRECTIONS
## SECOND LEVEL GRIEVANCE

NAME: Edwin Velez                    I.D. NUMBER: 1016138

INSTITUTION: Lovelock Correctional Center   UNIT: 4B-

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER 20063092784, ON THE SECOND LEVEL. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: [signed]                    DATE: 2-/6/20

WHY DISAGREE: Quite obviously the answers that I am receiving are scattered and not easily tracked. I am confused as to why a Nurse would respond to my grievance given they cannot make a medical diagnosis or judge malpractice and negligence.

GRIEVANCE COORDINATOR SIGNATURE: [signed]    DATE: 2/10/20

---

SECOND LEVEL RESPONSE: _____

Resolved

____ GRIEVANCE UPHELD  ____ GRIEVANCE DENIED  ____ ISSUE NOT GRIEVABLE PER AR 740

SIGNATURE: [signed Michael Minev, M.D.]   TITLE: Med Dir   DATE: 5/19/20
GRIEVANCE COORDINATOR SIGNATURE: [signed]   DATE: 6/03/2020
INMATE SIGNATURE: [signed]                  DATE: 6-8-20

**THIS ENDS THE FORMAL GRIEVANCE PROCESS**

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's Initial receipt |

RECEIVED FEB 25 2020 Lovelock Correctional Center Medical Department

RECEIVED FEB 10 2020 LOVELOCK CORRECTIONAL CENTER GRIEVANCES

DOC 3094 (12/01)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Edwin Velez                     I.D. NUMBER: 1016138

INSTITUTION: Lovelock Correctional    UNIT #: 4B

GRIEVANCE #: 20063092784              GRIEVANCE LEVEL: 2nd Level

GRIEVANT'S STATEMENT CONTINUATION:    PG. 1 OF ____

Not suprisingly I have now reached the 2nd level and stand by my Informal and 1st level grievance. I continue to exhaust my grievances and meet the obligations for the PLRA.

Original: Attached to Grievance
Pink: Inmate's Copy

RECEIVED
FEB 25 2020
Lovelock Correctional Center
Medical Department
DOC-3097 (01/02)



# State of Nevada
## Department of Corrections
### INMATE GRIEVANCE REPORT



4B

**ISSUE ID#** 20063092784

**ISSUE DATE:** 11/18/2019

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| VELEZ, EDWIN | 1016138 | RTRN_L2 | MMINEV |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| 2 | 05/19/2020 | | Resolved | VAUSTIN | INACTIVE |

**INMATE COMPLAINT**

**OFFICIAL RESPONSE**

I have reviewed your Informal, First and now Second Level Grievance complaints and find that you have been answered appropnately. It has long been the responsibility of the acting Director of Nursing to answer the First Level Grievances. Grievance resolved

_Michael Hines, MD_
GRIEVANCE RESPONDER

# NEVADA DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE CLAIM FORM

THIS FORM MUST BE COMPLETED PER NRS 41.036, 41.0322, 209.243 AND ADMINISTRATIVE REGULATION 740

DO **NOT** SEND DIRECTLY TO ATTORNEY GENERAL'S OFFICE, BOARD OF EXAMINERS, OR DIRECTOR

This form is to be attached to your grievance form for any injuries or any other claim (except property) arising out of a tort alleged to have occurred during your incarceration as a result of an act or omission of the Department of Corrections or any of its agents, former officers, employees or contractors.

The following information is necessary to fairly evaluate your claim. Please provide complete information. If you need more space, attach a separate sheet of paper. You may submit additional evidence if available. Such additional evidence will be returned.

CLAIM IN THE AMOUNT OF $(2-million) is hereby made against the Department of Corrections, based upon the following facts:

| 1. NAME OF CLAIMANT (Please print full name) Edwin VELEZ | 2. I.D. # 1016138 | 3. INSTITUTION LCC |
|---|---|---|
| 4. AMOUNT OF CLAIM 2 million. | 5. DATE AND DAY OF OCCURRENCE | 6. TIME (a.m. or p.m.) |
| 7. PLACE OF OCCURRENCE Love Lock Correctional Center. ||| 

DOC 3095 (12/01)

**RECEIVED**

NOV 18 2019

LOVELOCK CORRECTIONAL CENTER
GRIEVANCE

Page 1 of 3

STATE OF _Nevada_ )
COUNTY OF _Whoshce_ ) SS
                    )

I, _Edwin Velez_, do hereby swear under penalty of perjury that I am the claimant named above, that I have read the foregoing claim and know the contents thereof, that the same is true of my own knowledge, except those matters stated upon information and belief, and as to those maters, I believe them to be true, and that THIS IS MY ENTIRE CLAIM AGAINST THE STATE OF NEVADA/DEPARTMENT OF CORRECTIONS.

I FULLY UNDERSTAND THAT I WILL HAVE TO SIGN A GENERAL RELEASE OF ALL CLAIMS IN THE PRESENCE OF A NOTARY PUBLIC FOR THE EXACT AMOUNT I AM CLAIMING BEFORE ANY PAYMENT WILL BE OFFERED TO ME. THIS GENERAL RELEASE WILL BECOME EFFECTIVE ONLY UPON ACTUAL PAYMENT OF THE CLAIM BY THE STATE OF NEVADA.

DATED this _18_ day of _Nov_, 20_19_

_[signature]_
Signature of Claimant

**NOTICE**

NEVADA REVISED STATUTE 197.160 provides that every person who knowingly presents a false or fraudulent claim is guilty of a gross misdemeanor, and is subject to criminal penalties of imprisonment of up to one year, and a fine of up to $2,000.00.

Page 3 of 3

RECEIVED
NOV 18 2019
L.C. CORRECTIONAL CENTER