UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWIN VELEZ,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>DZURENDA, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.  3:21-cv-00197-MMD-CLB<br><br>ORDER |

On September 27, 2021, the Court issued a screening order dismissing Plaintiff's complaint without prejudice and with leave to file a first amended complaint within 30 days.  (ECF No. 6.)  Plaintiff has filed a motion seeking a 15-day extension to file his amended complaint.  (ECF No. 8.)  The Court grants Plaintiff's motion for an extension.  Plaintiff shall file any amended complaint on or before November 26, 2021.  If Plaintiff fails to file a timely amended complaint, this case will be subject to dismissal with prejudice for failure to state a claim, as discussed in the Court's screening order.  (ECF No. 6.)  Barring unusual circumstance, the Court will not grant any further extensions of time.

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 8) is granted.  Plaintiff shall file any amended complaint on or before November 26, 2021.

It is further ordered that, if Plaintiff fails to timely file an amended complaint, this case will be subject to dismissal with prejudice for failure to state a claim.

DATED THIS  21st day of October 2021.

_____
UNITED STATES MAGISTRATE JUDGE

1