Edwin Velez
Name
1200 Prison Rd.

Lovelock, NV. 89419

101 6138
Prison Number.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
***

EDWIN VELEZ,
Plaintiff

vs.

DOCTOR MACULLIN,

_____,

_____,

_____,
Defendant(s).

Case No. 3:21-cv-00197-MMD-CLB
(Supplied by Clerk of Court)

FIRST AMENDED
CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983

## A.  JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, __Edwin Velez__,
(print plaintiff's name)

who presently resides at __1200 Prison Rd. Lovelock, NV 89419__, were violated by

the actions of the below-named individuals that were directed against Plaintiff at

__1200 Prison Rd. Lovelock, NV.__ on the following dates:
(institution/city where violation occurred)

_____, _____, and _____.
(Claim 1)          (Claim 2)                  (Claim 3)

LCC LL FORM 36.022

Revised 7/8/19

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant <u>Doctor McCullin</u> resides at <u>118 E. Haskell St. Winnemucca N</u> and is
   (full name of first defendant)        (address of first defendant)

   employed as <u>Doctor</u>. This defendant is sued in his/her
   (defendant's position and title, if any)

   _X_ individual _X_ official capacity. (Check one or both.) Explain how this defendant was acting

   under color of law: <u>Eighth Amendment Deliberate Indifference to Serious</u>

   <u>medical needs, & Eighth Amendment Due Process</u>

3) Defendant _____ resides at _____, and is

   employed as _____. This defendant is sued in his/her

   ___ individual ___ official capacity. (Check one or both.) Explain how this defendant was acting

   under color of law: _____

4) Defendant _____ resides at _____, and is

   employed as _____. This defendant is sued in his/her

   ___ individual ___ official capacity. (Check one or both.) Explain how this defendant was acting

   under color of law: _____

2

5) Defendant _____ resides at _____, and is

   employed as _____. This defendant is sued in his/her

   ___ individual ___ official capacity. (Check one or both.) Explain how this defendant was acting

   under color of law: _____

   _____

6) Defendant _____ resides at _____, and is

   employed as _____. This defendant is sued in his/her

   ___ individual ___ official capacity. (Check one or both.) Explain how this defendant was acting

   under color of law: _____

   _____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

   _____

   _____

### B. NATURE OF THE CASE

8) Briefly state the background of your case.

Plaintiff Velez was seen by defendant Macculla on several occasions about problems with his testicals. The defendant knew of the Plaintiff's testical swelling, not only making it more then unconferctable, but it was also swelling showing that there was some kind of medical problem. Although the plaintiff was seen and "treated" by the defendent he still lost a testical. In a later visit a different docter was seen and it was stated that the plaintiff's testical could have been saved

3

### C.  CAUSE(S) OF ACTION

### CLAIM 1

The following civil rights have been violated: <u>Eighth Amendment, deliberate</u> <u>indifference to serious medical needs. Eighth Amendment Due Process.</u>

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Over a course of time Plaintiff was seen by the Defendant for some problems with a testical. In his several visits the only thing over all that was done, was the testical being drained. Later in time the testical has to be removed due to lack of proper medical care. This lack of "proper" medical care is stated due to a second doctor, doctor Ronald Cher stating that the testical could have been saved if proper medical care would have been used. The Plaintiff at all times followed all recommendations from the defendant, but still lost the testical.

The Defendant obviously knew there was issues, or a problem with the Plaintiff's testical. This is stated since there were not only several appointments held, but he was the one who drained the testical.

Later when the Plaintiff's testical was removed, Doctor Cher stated if different procedures were used the testical could have been saved.

As seen in Exhibit (1) the Plaintiff has tried to solve this problem with the prison do no avail. It is just not understood how a licensed practitioner can just "drain a problem" several times and not even think it could be a bigger problem.

4

9) Have you filed other actions in state or federal courts involving the same or similar facts as involved in this action? Circle one: Yes or (No) If your answer is "Yes," describe each lawsuit. (If more than one, describe the others on an additional page answering the following questions.)

   a) Defendants: _____

   b) Name of court and docket number: _____

   c) Disposition (for example, was the case dismissed, appealed or is it still pending?):
   _____

   d) Issues raised: _____
   _____
   _____

   e) Approximate date it was filed: _____

   f) Approximate date of disposition: _____

10) Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted? Circle one: Yes or No. If your answer is "Yes," describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page answering the following questions.)

   **Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

   a) Defendants: _____

   b) Name of court and case number: _____

   c) The case was dismissed because it was found to be (circle one): (1) frivolous;

   (2) malicious; or (3) failed to state a claim upon which relief could be granted.

   d) Issues raised: _____
   _____
   _____

   e) Approximate date it was filed: _____

   f) Approximate date of disposition: _____

5

### D. REQUEST FOR RELIEF

I believe I am entitled to the following relief: $100,000 in Compensatory damages for the physical and emotional injury sustained as a result of the final surgery that had to be held due to the lack of proper medical care. $50,000 for the physical and emotional injury resulting from the failure to provide adequate medical care to the plaintiff.

$10,000 in punitive damages

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____
(name of person who prepared or helped prepare this complaint if not the plaintiff)

_____
(signature of plaintiff)

11/22/21
(date)

# EXHIBIT 1

# EXHIBIT 1



Log Number 2006-30-92784

## NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: Edwin Velez   I.D. NUMBER: 1016138
INSTITUTION: LCC   UNIT: 4B-22A
GRIEVANT'S STATEMENT: Medical testical Surgery done by Dr. Macullen at Wanamaca Hospital 3 times and All he did was a cut and drian Fluid out of my textical left side my last Surgent Dr. Chen, Roland from Carson Hospital Sergin →

SWORN DECLARATION UNDER PENALTY OF PERJURY
INMATE SIGNATURE: [signed]   DATE: 11/17/19   TIME: 2:00 P.M.
GRIEVANCE COORDINATOR SIGNATURE: [signed]   DATE: 11/18/19   TIME: 11:30am

GRIEVANCE RESPONSE: See attached response.

CASEWORKER SIGNATURE: [signed] CNIII   DATE: 12/2/19
___ GRIEVANCE UPHELD  ✓ GRIEVANCE DENIED  ___ ISSUE NOT GRIEVABLE PER AR 740
GRIEVANCE COORDINATOR APPROVAL: [signed]   DATE: 12/30/19

___ INMATE AGREES   S.N. INMATE DISAGREES
INMATE SIGNATURE: [signed]   DATE: 1/2/2020

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM, A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

Original: To inmate when complete, or attached to formal grievance
Canary: To Grievance Coordinator
Pink: Inmate's receipt when formal grievance filed
Gold: Inmate's initial receipt

RECEIVED NOV 19 2019
Lovelock Correctional Center Medical Department

RECEIVED NOV 18 2019
LOVELOCK CORRECTIONAL CENTER GRIEVANCES

DOC 3091 (12 / 01)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Edwin VELEZ   I.D. NUMBER: 1016138

INSTITUTION: LCC   UNIT #: 4B-22A

GRIEVANCE #: _____   GRIEVANCE LEVEL: INFORMAL

GRIEVANT'S STATEMENT CONTINUATION:   PG. 2 OF 2 OF 2

said it was the wrong procedure. Sometime ago I was having Sever problems to include Pain, that was more then 2½ Years Ago. Now. Very uncomfortable. After numerious complaints, I was Finally seen by Dr. Mecullin, when I was seen by him the only thing he did was drain my testical. Some time later due to the ~~problem~~ problem not being Fritel and more complaints I was seen by a different Doctor in Carson City, Dr. Chen, AND the doctor told me that it was to late to save the textical it had to cut OFF. he could NOT Save it. Because of the poor Job the First doctor in Wanamuca Dr. Maecullin. As a Remory to this issue I would like 2 Million dollars. Appliances of My Choice, be made a level one INmate —

Original:   Attached to Grievance
Pink:   Inmate's Copy

RECEIVED
NUV 18 2019
CORRECTIONAL
DOC - 3084R (01/02)

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Edwin Velez   I.D. NUMBER: 1016138

INSTITUTION: LCC   UNIT #: 4B-22A

GRIEVANCE #: _____   GRIEVANCE LEVEL: _____

GRIEVANT'S STATEMENT CONTINUATION:   PG. 3 OF 3 OF 3

AN Also be given my P.I. Job back so I can live my rest of my Time I have left. Comfortable.

Thank you.
Mr. [signature]

Original:   Attached to Grievance
Pink:      Inmate's Copy

RECEIVED
NOV 18 2019
[illegible stamp] CORRECTIONAL
DOC-3097(10/02)
GRIEVANCE



# State of Nevada
# Department of Corrections

INMATE GRIEVANCE REPORT

4B/22

**ISSUE ID#** 20063092784

**ISSUE DATE:** 11/18/2019

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| VELEZ, EDWIN | 1016138 | RTRN_INF | BEGERTON |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| IF | 12/17/2019 | 4 | Denied | KHOSTMAN | A |

### INMATE COMPLAINT

### OFFICIAL RESPONSE

It is the mandate of the LCC medical department to deliver medical care to our patients here at LCC. You were seen by two different doctors who are not part of the NDOC. If you have concerns regarding the care you received from them these concerns would best be addressed by them. The remedies you are seeking involve legal and employment issues and might better be addressed by your caseworker. If you have medical concerns you would like addressed please submit a kite requesting an appointment with Dr Adamson or requesting to be seen at nurse sick call. If you feel you are experiencing a medical emergency please have your unit officer contact the LCC medical department. Grievance denied.

**GRIEVANCE RESPONDER**

Report Name: NVRIGR
Reference Name: NOTIS-RPT-OR-0217.4
Run Date: DEC-17-19 02:04 PM

RECEI[VED]

FEB 2 5

Lovelock Corr[ectional]
Medical D[ept]

Log Number 20063092784

## NEVADA DEPARTMENT OF CORRECTIONS
## FIRST LEVEL GRIEVANCE

NAME: Edwin Velez          I.D. NUMBER: 1016138

INSTITUTION: Lovelock Correctional Ctr   UNIT: 4B

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER 20063092784, IN A FORMAL MANNER. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: [signed]          DATE: 1-5-20

WHY DISAGREE: Physicians who contract (with) prisons to provide medical services are acting under the color of State law. See Georgia v. McCollum, 505 U.S. 42, 53 (1992). For the purpose of the P.L.R.A. this grievance will continue as required under 42 U.S.C. §1983.

GRIEVANCE COORDINATOR SIGNATURE: [signed]          DATE: 1/8/20

FIRST LEVEL RESPONSE: See Attached Response

___ GRIEVANCE UPHELD   _X_ GRIEVANCE DENIED ___ ISSUE NOT GRIEVABLE PER AR 740

WARDEN'S SIGNATURE: [signed] Donnelly   TITLE: AWOI   DATE: 1-28-2020

GRIEVANCE COORDINATOR SIGNATURE: [signed]          DATE: 1/29/20

___ INMATE AGREES   _EV_ INMATE DISAGREES

INMATE SIGNATURE: [signed]          DATE: 2/4/20

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A SECOND LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

Original:  To Inmate when complete, or attached to formal grievance
Canary:   To Grievance Coordinator
Pink:     Inmate's receipt when formal grievance filed
Gold:     Inmate's initial receipt

RECEIVED
FEB 25 2020
Lovelock Correctional Center
Medical Department

RECEIVED
JAN 08 REC'D 2020
Lovelock Correctional Center
Medical Department

RECEIVED
JAN 0 8 2020
LOVELOCK CORRECTIONAL CENTER
GRIEVANCES

DOC 3093 (12/01)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Edwin Velez         I.D. NUMBER: 1016138

INSTITUTION: Lovelock Corr. Center    UNIT #: 4B

GRIEVANCE #: 20063092784    GRIEVANCE LEVEL: First

GRIEVANT'S STATEMENT CONTINUATION:   PG. 1 OF ____

I am perplexed by your suggestion that I contact your service provider for my medical concerns and your suggestion that the prison is some how absolved of responsibility.

Moreover, you also seem to believe that my caseworker is a solution to any of my issues, I strongly disagree.

I stand by my complaint at the informal level and will continue to meet the requirements of the P.L.R.A. before bringing this issue to litigation.

Original:   Attached to Grievance
Pink:       Inmate's Copy

**RECEIVED**

FEB 2 5 2020

Lovelock Correctional Center
DUC Law Library Department

# State of Nevada
## Department of Corrections

### INMATE GRIEVANCE REPORT

4B/22

**ISSUE ID#** 20063092784  **ISSUE DATE:** 11/18/2019

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| VELEZ, EDWIN | 1016138 | RTRN_L1 | RDONNELLY |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| 1 | 01/27/2020 | 5 | Denied | KHOSTMAN | A |

**INMATE COMPLAINT**

**OFFICIAL RESPONSE**

This is a First Level Grievance in which Mr. Velez states that he is perplexed by the answer at the Informal Level. It was suggested in the Informal that Mr. Velez make an appointment with an NDOC Provider to better understand what could have happened to cause the loss of the testicle. The Providers within the NDOC did send Mr. Velez to specialists who determined what needed to be done at the time. These specialists agree to accept NDOC patients. They do not work for the NDOC. Contract Physicians actually work inside the Prison. It would be beneficial to Mr. Velez to discuss the medical decisions that were made with a medical Provider here within the Correctional Center. Grievance denied.

**GRIEVANCE RESPONDER**

Report Name: NVRIGR
Reference Name: NOTIS-RPT-OR-0217.4
Run Date: JAN-27-20 10:45 AM

RECEIVED
FEB 25 2020
Page 1 of 1
Lovelock Correctional Center
Medical Department

LOG NUMBER: 20063 092784

# NEVADA DEPARTMENT OF CORRECTIONS
## SECOND LEVEL GRIEVANCE

NAME: Edwin Velez   I.D. NUMBER: 1016138

INSTITUTION: Lovelock Correctional Center   UNIT: 4B-

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER 20063092784, ON THE SECOND LEVEL. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: [signature]   DATE: 2-6/20

WHY DISAGREE: Quite obviously the answers that I am receiving are scattered and not easily tracked. I am confused as to why a Nurse would respond to my grievance given they cannot make a medical diagnosis or judge malpractice and negligence.

GRIEVANCE COORDINATOR SIGNATURE: [signature]   DATE: 2/10/20

SECOND LEVEL RESPONSE:

Resolved

___ GRIEVANCE UPHELD   ___ GRIEVANCE DENIED   ___ ISSUE NOT GRIEVABLE PER AR 740

SIGNATURE: Michael Minev, M.D.   TITLE: Med Dir   DATE: 5/19/20
GRIEVANCE COORDINATOR SIGNATURE: [signature]   DATE: 6/03/2020
INMATE SIGNATURE: [signature]   DATE: 6-8-20

**THIS ENDS THE FORMAL GRIEVANCE PROCESS**

Original: To Inmate when complete, or attached to formal grievance
Canary: To Grievance Coordinator
Pink: Inmate's receipt when formal grievance filed
Gold: Inmate's initial receipt

RECEIVED FEB 25 2020 Lovelock Correctional Center Medical Department

RECEIVED FEB 10 2020 LOVELOCK CORRECTIONAL CENTER GRIEVANCES

DOC 3094 (12/01)

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Edwin Velez   I.D. NUMBER: 1016138

INSTITUTION: Lovelock Correctional   UNIT #: 4B

GRIEVANCE #: 20063092784   GRIEVANCE LEVEL: 2nd Level

GRIEVANT'S STATEMENT CONTINUATION:   PG. 1 OF ___

Not suprisingly I have Now reached the 2nd level and stand by my Informal and 1st level grievance. I continue to exhaust my grievances and meet the obligations for the PLRA.

Original: Attached to Grievance
Pink: Inmate's Copy

RECEIVED

FEB 25 2020

Lovelock Correctional Center
Medical Department
DOC-3097 (01/02)



# State of Nevada
# Department of Corrections

INMATE GRIEVANCE REPORT



**ISSUE ID#** 20063092784      **ISSUE DATE:** 11/18/2019

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| VELEZ, EDWIN | 1016138 | RTRN_L2 | MMINEV |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| 2 | 05/19/2020 | | Resolved | VAUSTIN | INACTIVE |

### INMATE COMPLAINT

### OFFICIAL RESPONSE

I have reviewed your Informal, First and now Second Level Grievance complaints and find that you have been answered appropriately. It has long been the responsibility of the acting Director of Nursing to answer the First Level Grievances. Grievance resolved.

_Michael Hines, M.D._
**GRIEVANCE RESPONDER**

# NEVADA DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE CLAIM FORM

> **THIS FORM MUST BE COMPLETED PER NRS 41.036, 41.0322, 209.243 AND ADMINISTRATIVE REGULATION 740**

> **DO <u>NOT</u> SEND DIRECTLY TO ATTORNEY GENERAL'S OFFICE, BOARD OF EXAMINERS, OR DIRECTOR**

> This form is to be attached to your grievance form for any injuries or any other claim (except property) arising out of a tort alleged to have occurred during your incarceration as a result of an act or omission of the Department of Corrections or any of its agents, former officers, employees or contractors.

The following information is necessary to fairly evaluate your claim. Please provide complete information. If you need more space, attach a separate sheet of paper. You may submit additional evidence if available. Such additional evidence will be returned.

CLAIM IN THE AMOUNT OF $ (2 million) is hereby made against the Department of Corrections, based upon the following facts:

| 1. NAME OF CLAIMANT (Please print full name) Edwin VELEZ | 2. I.D. # 1016138 | 3. INSTITUTION LCC |
|---|---|---|
| 4. AMOUNT OF CLAIM 2 million. | 5. DATE AND DAY OF OCCURRENCE | 6. TIME (a.m. or p.m.) |
| 7. PLACE OF OCCURRENCE Lovelock Correctional Center. | | |

DOC 3095 (12/01)

**RECEIVED.**
NOV 18 2019
LOVELOCK CORRECTIONAL CENTER
GRIEVANCES

Page 1 of 3

STATE OF Nevada )
COUNTY OF Whoshoe ) SS
)

I, Edwin Velez, do hereby swear under penalty of perjury that I am the claimant named above, that I have read the foregoing claim and know the contents thereof, that the same is true of my own knowledge, except those matters stated upon information and belief, and as to those maters, I believe them to be true, and that THIS IS MY ENTIRE CLAIM AGAINST THE STATE OF NEVADA/DEPARTMENT OF CORRECTIONS.

I FULLY UNDERSTAND THAT I WILL HAVE TO SIGN A GENERAL RELEASE OF ALL CLAIMS IN THE PRESENCE OF A NOTARY PUBLIC FOR THE EXACT AMOUNT I AM CLAIMING BEFORE ANY PAYMENT WILL BE OFFERED TO ME. THIS GENERAL RELEASE WILL BECOME EFFECTIVE ONLY UPON ACTUAL PAYMENT OF THE CLAIM BY THE STATE OF NEVADA.

DATED this 18 day of Nov, 20 19

Signature of Claimant

**NOTICE**

NEVADA REVISED STATUTE 197.160 provides that every person who knowingly presents a false or fraudulent claim is guilty of a gross misdemeanor, and is subject to criminal penalties of imprisonment of up to one year, and a fine of up to $2,000.00.

Page 3 of 3

RECEIVED

NOV 18 2019

L.C. CORRECTIONAL CENTER