# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDWIN VELEZ,

                    Plaintiff,

v.

DZURENDA, *et al.*,

                    Defendants.

3:21-cv-0197-ART-CLB

**ORDER RE: SERVICE OF PROCESS**

The Office of the Attorney General did not accept service of process on behalf of the only remaining Defendant in this action, Dr. McCullen[1] who is not an employee of the Nevada Department of Corrections. (ECF No. 21.) Plaintiff mentions in Exhibit 1 to his First Amended Complaint that Dr. McCullen is a doctor he was treated by several years ago at a hospital in Winnemucca, Nevada. (ECF No. 10 at 8-9.) If Plaintiff wishes to have the U.S. Marshal attempt service on this Defendant, he shall follow the instructions contained in this order.

The Clerk shall ISSUE a summons for **Dr. McCullen.** The Clerk shall also SEND sufficient copies of the First Amended Complaint, (ECF No. 10), the Screening Order, (ECF No. 11), and this order to the U.S. Marshal for service on the Defendant. The Clerk shall SEND to Plaintiff one USM-285 form. Plaintiff shall have until **August 12, 2022,** to complete the USM-285 service form and return it to the U.S. Marshal, 400 South Virginia Street, 2nd Floor, Reno, Nevada 89501.

If Plaintiff fails to follow this order, the above-named Defendant will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

**DATED:** July 26, 2022

                                          **UNITED STATES MAGISTRATE JUDGE**

---

[1] Also referred to as McCullin. (ECF No. 10.)