**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO, NEVADA**

| | |
|---|---|
| EDWIN VELEZ,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DZURENDA, et al.<br><br>　　　　　　Defendants. | Case No.: 3:21-cv-00197-ART-CSD<br><br>**ORDER ON THIRD STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS**<br><br>Current deadline: May 10, 2024<br>New deadline: June 7, 2024 |

　　　The Court, having considered the Parties' Third Stipulation to Extend Time for Plaintiff to File Second Amended Complaint and for Defendants to Respond thereto, and good cause appearing, hereby ORDERS that Plaintiff shall file its Second Amended Complaint on or before **June 7, 2024**.

　　　IT IS SO ORDERED.

Dated this 8th day of May, 2024.

　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　Hon. Craig S. Denney
　　　　　　　　　　　　　　　　　　　Magistrate Judge

158136595.1