**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO, NEVADA**

| | |
|---|---|
| EDWIN VELEZ,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>DZURENDA, et al.<br><br>　　　　　　　Defendants. | Case No.: 3:21-cv-00197-ART-CSD<br><br>**ORDER ON FOURTH STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT BY NOT MORE THAN 7 DAYS**<br><br>Current deadline: June 7, 2024<br>New deadline: June 14, 2024 |

The Court, having considered the Parties' Fourth Stipulation to Extend Time for Plaintiff to File Second Amended Complaint and for Defendants to Respond thereto, and good cause appearing, hereby ORDERS that Plaintiff shall file its Second Amended Complaint on or before **June 14, 2024**.

IT IS SO ORDERED.

Dated this 7th day of June, 2024.

By _____
Hon. Craig S. Denney
Magistrate Judge

159431171.1