# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## RENO, NEVADA

EDWIN VELEZ,

    Plaintiff(s)

v.

Dr. Michael Minev, M.D., in his individual and official capacities; et al

    Defendant(s)

Case No.:3:21-CV-00197-ART-CSD
Colleen E. McCarty, Esq., Bar No. 13186
FOX ROTHCHILD, LLP
1980 Festival Plaza Drive 700
Las Vegas, NV 89135
(702) 262-6899
*Attorneys for the Plaintiff*

Client File# 071249.00066

I, Anita Salisbury, being sworn, states: That I am a licensed process server registered in Nevada. I received a copy of the Summons; Second Amended Civil Rights Complaint Pursuant to 42 U.S.C 1983, from FOX ROTHCHILD, LLP

That on 8/7/2024 at 4:15 PM at 2625 E JENNINGS WAY, ELKO, NV 89801 I served Dr Paul E Gaulin M.D. with the above-listed documents by personally delivering a true and correct copy of the documents by leaving with Dr Paul E Gaulin M.D..

That the description of the person actually served is as follows:
Gender: Male, Race: Caucasian, Age: 60-65 yrs, Height: 6'2, Weight: 185 lbs, Hair: N/A, Eyes:N/A

I being duly sworn, states: that all times herein, Affiant was and is over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made. I declare under penalty of perjury that the foregoing is true and correct.

Date: 8-16-24

*/s/ Anita Salisbury*

Anita Salisbury
Registered Work Card# 2100C
State of Nevada

(No Notary Per NRS 53.045)

Service Provided for:
Nationwide Legal Nevada, LLC
610 S. 10th Street
Las Vegas, NV 89101
(702) 385-5444
Nevada Lic # 1656



Control #:NV297031
Reference: 071249.00066