| Attorney or Party without Attorney:<br>DANIEL A. MANN (SBN 15594)<br>FOX ROTHSCHILD LLP<br>10250 Constellation Blvd., Suite 900<br>Los Angeles, CA 90067<br>　　Telephone No: 310-598-4150<br>　　Attorney For: Plaintiff | Ref. No. or File No.:<br>367156.00003 | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT DISTRICT OF NEVADA RENO, NEVADA |
|---|
| Plaintiff: EDWIN VELEZ<br>Defendant: DR. MICHAEL MINEV, M.D., in his individual and official capacities, et al |

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:21-cv-00197-ART-CSD |
|---|---|---|---|---|

1. I, Leidy Serna R-2021-00310, Clark, and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject DR. MICHAEL D. MCKEE, M.D., in his individual and official capacities as follows:

2. *Documents:* Summons in a Civil Action; Second Amended Complaint

| Attempt Detail |
|---|
| 1) Unsuccessful Attempt by: Leidy Serna (R-2021-00310, Clark) on: Jul 31, 2024, 1:30 pm PDT at 6900 North Pecos Road, North Las Vegas, NV 89086<br>According to the Release of Information Specialist, they're not authorized to accept service for individuals and doctors cannot be served at their premises. |

3. **Person Who Served Papers:**
　a. Leidy Serna (R-2021-00310, Clark)
　**b. FIRST LEGAL**
　　1517 W. Beverly Blvd.
　　LOS ANGELES, CA 90026
　c. (213) 250-1111

Recoverable cost Per CCP 1033.5(a)(4)(B)
d. **The Fee** for Service was: $272.95
e. I am: A Registered California Process Server

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.*



08/12/2024
(Date)　　　　　　　　　　　　　(Signature)



AFFIDAVIT OF
DUE DILIGENCE

11524418
(5826628)