**NVD**
COLLEEN E. MCCARTY
Nevada Bar No. 13186
DANIEL A. MANN
Nevada Bar No. 15594
cmccarty@foxrothschild.com
dmann@foxrothschild.com
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA**

| | |
|---|---|
| EDWIN VELEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DR. MICHAEL MINEV, M.D., in his individual and official capacities; DR. MARTIN J. NAUGHTON, M.D., in his individual and official capacities, DR. KIM A. ADAMSON, M.D., in his individual and official capacities; DR. MICHAEL D. MCKEE, M.D., in his individual and official capacities; DR. CAROL L. ALLEY, M.D., in her individual and official capacities; DR. HENRY R. LANDSMAN, M.D., in his individual and official capacities; DR. ROEHL PENA, M.D., in his individual and official capacities; and DR. PAUL E. GAULIN, M.D., in his individual capacity; and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No.: 3:21-cv-00197-ART-CLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ONLY DEFENDANT DR. ROEHL PENA, M.D.** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: Plaintiff Edwin Velez ("Plaintiff"), by and through his attorneys, FOX ROTHSCHILD LLP, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismiss only Defendant Dr. Roehl Pena, M.D. Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

163203538.1

Dated this 30th day of September, 2024.

**FOX ROTHSCHILD LLP**

By  /s/ Daniel A. Mann
   Colleen E. McCarty., Esq. (NSBN 13186)
   Daniel A. Mann, Esq. (NSBN 15594)
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that I am an employee of Fox Rothschild LLP, and that on September 30, 2024, I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF ONLY DEFENDANT DR. ROEHL PENA, M.D.**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically.

Rudolph D'Silva, Esq.
Public Safety--NDOC Division
100 N. Carson St.
Carson City, NV 89701
*Attorneys for Defendants, Carol Alley, Kim Adamson, Martin Naughton, and the Nevada Department of Corrections*

Robert McBride, Esq.
Amanda Patanaphan, Esq.,
McBride Hall
8329 W. Sunset Road, Suite 260
Las Vegas, NV 89113
*Attorneys for Defendant Roehl Pena, M.D.*

Alice Campos Mercado, Esq.
Lemons, Grundy & Eisenberg
6005 Plumas Street, Third Floor
Reno, NV 89519
*Attorneys for Defendant Paul E. Gaulin, M.D.*

                    */s/ Jineen DeAngelis*
                    An Employee of Fox Rothschild LLP

163203538.1