**ALICE CAMPOS MERCADO, ESQ**.
Nevada Bar No. 4555
**LEMONS, GRUNDY & EISENBERG**
6005 Plumas Street, Third Floor
Reno, Nevada 89519
(775) 786-6868; (775) 786-9716 (fax)
acm@lge.net

*Attorneys for Defendant
Paul E. Gaulin, M.D.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWIN VELEZ, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL MINEV, in his individual and official capacities; DR. MARTIN J. NAUGHTON, M.D., in his individual and official capacities; DR. KIM A. ADAMSON, M.D., in his individual and official capacities; DR. MICHAEL D. MCKEE, M.D., in his individual and official capacities; DR. CAROL L. ALLEY, M.D., in her individual and official capacities; DR. HENRY R. LANDSMAN, m.d., in his individual and official capacities; DR. ROEHL PENA, M.D., in his individual and official capacities; and DR. PAUL E. GAULIN, M.D., in his individual capacity;<br><br>  Defendants. | CASE NO. 3:21-CV-00197-ART-CSD<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT ON BEHALF OF DEFENDANT PAUL E. GAULIN, M.D.<br><br>(FIRST REQUEST) |

IT IS HEREBY STIPULATED by and between Plaintiff EDWIN VELEZ and Defendant PAUL E. GAULIN, M.D., through their respective counsel, that the time for Dr. Gaulin to file a response to the Second Amended Civil Rights Complaint (ECF No. 67) may be extended to October 31, 2024.

An extension to respond to the Second Amended Complaint is sought to investigate whether Dr. Gaulin should be dismissed from the above-entitled matter due to lack of state action.

///

///

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

1

This extension is not sought for purposes of delay or for any other improper purpose.

**IT IS SO STIPULATED.**

DATED: October 4, 2024                    DATED: October 4, 2024

FOX ROTHSCHILD, LLP                       LEMONS, GRUNDY & EISENBERG

By: /s/ Daniel Mann                       By: /s/ Alice Campos Mercado
   Daniel Mann                                Alice Campos Mercado
   Colleen E. McCarty
                                          *Attorneys for Defendant*
*Attorneys for Plaintiff*                 *Paul E. Gaulin, M.D.*

**O R D E R**

**IT IS SO ORDERED.**

DATED: October 7, 2024

_____
HON. CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

2

# CERTIFICATE OF SERVICE

I am a citizen of the United States. My business address is 6005 Plumas Street, Third Floor, Reno, Nevada 89519, and I am employed by LEMONS, GRUNDY & EISENBERG in the City of Reno and County of Washoe where this service occurs. I am over the age of 18 years and not a party to the within action.

On October 4, 2024, following the ordinary business practice, I electronically filed and served through the CM/ECF program the foregoing document to the addressee(s) listed below described as ***Stipulation for Extension of Time to Respond to Second Amended Complaint on Behalf of Defendant Paul E. Gaulin, MD***

_____ **BY MAIL**: in an envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Reno, Nevada;

_____ **BY PERSONAL SERVICE**: in an envelope to be hand delivered this date;

_____ **BY OVERNIGHT DELIVERY**: in an envelope to be delivered to an overnight delivery carrier with delivery fees provided for;

_____ **BY FACSIMILE**: by transmitting by facsimile to the respective fax telephone phone number(s);

✓ **BY ELECTRONIC SERVICE:** the court to electronically serve the following individual(s):

| | |
|---|---|
| Colleen E. McCarty<br>Daniel Mann<br>**FOX, ROTHSCHILD LLP**<br>One Summerlin<br>1980 Festival Plaza Dr., Ste. 700<br>Las Vegas, NV 89135<br><br>*Attorneys for Plaintiff* | Rudolf M. D'Silva<br>Laura M. Ginn<br>**STATE OF NEVADA,**<br>**OFFICE OF THE ATTORNEY GENERAL**<br>Public Safety-NDOC Division<br>100 N. Carson St.<br>Carson City, NV 89701<br><br>*Attorneys for Defendant*<br>*Nevada Dept. of Corrections* |
| Amanda Patanaphan<br>**MCBRIDE HALL**<br>8329 West Sunset Road, Suite 260<br>Las Vegas, NV 89113<br><br>*Attorneys for Defendant*<br>*Roehl Pena, M.D.* | |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

                                           */s/ Margie Nevin*
                                           Margie Nevin

LEMONS, GRUNDY & EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

3