COLLEEN E. MCCARTY
Nevada Bar No. 13186
DANIEL A. MANN
Nevada Bar No. 15594
cmccarty@foxrothschild.com
dmann@foxrothschild.com
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## RENO, NEVADA

| | |
|---|---|
| EDWIN VELEZ,<br><br>            Plaintiff,<br><br>    vs.<br><br>DR. MICHAEL MINEV, M.D., in his individual and official capacities; DR. MARTIN J. NAUGHTON, M.D., in his individual and official capacities, DR. KIM A. ADAMSON, M.D., in his individual and official capacities; DR. MICHAEL D. MCKEE, M.D., in his individual and official capacities; DR. CAROL L. ALLEY, M.D., in her individual and official capacities; DR. HENRY R. LANDSMAN, M.D., in his individual and official capacities; DR. ROEHL PENA, M.D., in his individual and official capacities; and DR. PAUL E. GAULIN, M.D., in his individual capacity; and DOES 1 through 10,<br><br>            Defendants. | Case No.: 3:21-cv-00197-ART-CSD<br><br>**STIPULATION AND ORDER ACCEPTING SERVICE BY DEFENDANT DR. MICHAEL MINEV, M.D. OF THE SECOND AMENDED COMPLAINT** |

Plaintiff Edwin Velez ("Plaintiff") and Defendant Dr. Michael Minev, M.D. (hereafter collectively the "Parties"), by their counsel, hereby stipulate and agree as follows:

1.      On October 29, 2024, Rudolf M. D'Silva, Deputy Attorney General, of the Office of the Nevada Attorney General, stipulated that he would accept service on behalf

Defendant Dr. Michael Minev, M.D. since he was a former employee of the NDOC at the time Plaintiff's allegations took place.

2.      Parties agreed that service will be effectuated on the date the Court's Order is entered into.

3.      The Parties respectfully request that the Court enter an Order consistent with the Parties' Stipulation as detailed herein.

Dated this 4th day of November, 2024.
**FOX ROTHSCHILD LLP**


By /s/ Daniel A. Mann
Colleen E. McCarty., Esq. (NSBN 13186)
 Daniel A. Mann, Esq. (NSBN 15594)
 1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

Dated this 4th day of November, 2024.
**STATE OF NEVADA OFFICE OF THE ATTORNEY GENERAL**


By /s/ Rudolf M. D'Silva
Rudolph M. D'Silva, Esq.
Public Safety--NDOC Division
100 N. Carson St.
Carson City, NV 89701
*Attorney for Defendants, Carol Alley, Kim Adamson, Martin Naughton, the Nevada Department of Corrections, Michael Minev*

2

1

**<u>ORDER</u>**

2

The Court, having considered the Parties' Stipulation Accepting Service By Defendant

3

Dr. Michael Minev, M.D. of the Second Amended Complaint, and good cause appearing, hereby

4

ORDERS that Rudolf M. D'Silva accept service on behalf of Dr. Michael Minev, M.D. on the

5

date of this Order was entered.

6

7

IT IS SO ORDERED.

8

Dated this <u>4th</u>day of November, 2024.

9



By _____

10

Hon. Craig S. Denney

11

Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28