AMANDA PATANAPHAN, ESQ.
Nevada Bar No. 15080
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: amanda.patanaphan@jacksonlewis.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWIN VELEZ, <br><br> Plaintiff, <br><br> v. <br><br> DR. MICHAEL MINEV, M.D. et al., <br><br> Defendants. | Case No.: 3:21-cv-00197-ART-CSD <br><br> **MOTION TO REMOVE AMANDA PATANAPHAN, ESQ. FROM SERVICE LIST** |

Amanda Patanaphan, Esq., hereby moves for an order removing her from the service list for this case. Ms. Patanaphan was formerly employed with the law firm of McBride Hall. In that capacity, Ms. Patanaphan served as co-counsel for Defendant Roehl Pena, M.D. Dr. Pena was dismissed from this case as a defendant on September 30, 2024 (ECF No. 97). Accordingly, Ms. Patanaphan is no longer counsel of record in this matter and respectfully requests an order removing her from the service list.

DATED this 26th day of December, 2024

JACKSON LEWIS P.C.

*/s/ Ananada Patanaphan, Esq.*
Amanda Patanaphan, ESQ.
Nevada Bar No. 15080
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

JACKSON LEWIS P.C.
LAS VEGAS

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee Jackson Lewis P.C. and that on this 26th day of December, 2024, I served a true and correct copy of the above and foregoing **MOTION TO REMOVE AMANDA PATANAPHAN, ESQ. FROM SERVICE LIST** via the Court's electronic filing and service system, addressed to the following:

| | |
|---|---|
| Aaron D. Ford, Esq.<br>Rudolf M. D'Silva Esq.<br>State of Nevada<br>1 State of Nevada Way<br>Suite 100<br>Las Vegas, Nevada 89119<br><br>*Attorneys for Defendants*<br>*Carol Alley, Kim Adamson, Michael*<br>*Minev, and Martin Naughton* | Collen McCarty, Esq.<br>Daniel A. Mann, Esq.<br>Fox Rothschild LLP<br>1980 Festival Plaza Drive<br>Suite 700<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Plaintiff Edwin Velez* |
| Robert McBride, Esq<br>McBride Hall<br>8329 W. Sunset Road<br>Suite 260<br>Las Vegas, Nevada 89113<br><br>*Attorneys for Defendant*<br>*Roehl Pena, M.D.* | Alice Campos Mercado, Esq.<br>Lemons, Grundy & Eisenberg<br>6005 Plumas Street, Third Floor<br>Reno, Nevada 89519<br><br>*Attorney for Defendant Paul E. Gaulin, M.D.* |

*/s/ Kimberley Chapman*
Employee of Jackson Lewis P.C.

4922-2015-5914, v. 1