# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDWIN VELEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. MICHAEL MINEV, et al.,<br><br>　　　　Defendants. | Case No. 3:21-cv-00197-ART-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

Pursuant to the court's hearing on December 30, 2024 (ECF No. 117), the Office of the Attorney General has filed the last known address of Defendant Henry Landsman under seal. (ECF No. 122.)

The Clerk shall ISSUE a summons for **Henry Landsman** and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 122.) The Clerk shall also SEND sufficient copies of the Second Amended Complaint (ECF No. 67) and this order to the U.S. Marshal for service on Defendant Landsman. The court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

Plaintiff is reminded that **February 26, 2025**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

DATED: January 6, 2025.

_____
Craig S. Denney
United States Magistrate Judge