# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWIN VELEZ,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DR. MICHAEL MINEV, et al.,<br><br>　　　　　　　Defendants. | Case No. 3:21-cv-00197-ART-CSD<br><br>**ORDER TO SUBSTITUTE** |

Defendants Carol Alley, Kim Adamson, Michael Minev and Martin Naughton entered a suggestion of death on the record as to Defendant Denise McKee. (ECF No. 121). Pursuant to Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1). Therefore, if a motion for substitution by the decedent's successor or representative is not filed on or before **Monday, April 7, 2025,** Defendant Denise McKee must be dismissed from this action.

**IT IS SO ORDERED.**

DATED:  January 6, 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Craig S. Denney
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge