UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWIN VELEZ,<br>　　　　　　　　Plaintiff,<br>　　v.<br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br>　　　　　　　　Defendants. | Case No. 3:21-cv-00197-ART-CSD<br><br>ORDER |

　　The Second Amended Complaint in this action was filed on June 7, 2024 (ECF No. 67). The Court issued a notice of intent to dismiss Dr. Henry R. Landsman, MD under Fed. R. Civ. P. 4(m) unless proof of service is filed by March 30, 2025. (ECF No. 127.) To date, no such proof of service has been filed.

　　Accordingly, it is therefore ordered that the claims against Dr. Henry R. Landsman, MD are dismissed without prejudice.

　　DATED this 10th day of June 2025.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Anne R. Traum
　　　　　　　　　　　　　　　　　　　　　　　Anne R. Traum
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

1