# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWIN VELEZ,<br><br>     Plaintiff<br><br>v.<br><br>MICHAEL MINEV, et al.,<br><br>     Defendants | Case No.: 3:21-cv-00197-ART-CSD<br><br>**Report & Recommendation of<br>United States Magistrate Judge** |

This Report and Recommendation is made to the Honorable Anne R. Traum, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

In his second amended complaint, Plaintiff is proceeding with an Eighth Amendment deliberate indifference to serious medical needs claim against various defendants, including Dr. Michael McKee. (ECF Nos. 67, 86, 112.)

A suggestion of death was filed as to Dr. McKee on January 2, 2025. (ECF No. 121.) On January 6, 2025, an order was issued giving a deadline of April 7, 2025, for a motion for substitution to be filed by decedent's successor or representative under Federal Rule of Civil Procedure 25. The order cautioned that if a motion to substitute was not timely filed, Dr. McKee would be dismissed from this action. (ECF No. 125.)

To date, no motion for substitution has been filed. Therefore, Dr. McKee should be dismissed from this action without prejudice.

## RECOMMENDATION

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING WITHOUT PREJUDICE** Dr. McKee pursuant to Federal Rule of Civil Procedure 25.

The parties should be aware of the following:

1. That they may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge. Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: August 6, 2025

_____
Craig S. Denney
United States Magistrate Judge