# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

EDWIN VELEZ,

    Plaintiff

v.

DZURENDA, et al.,

    Defendants

Case No.: 3:21-cv-00197-ART-CSD

**Order**

    Plaintiff's second amended complaint (SAC), filed by counsel (who has now withdrawn) names Dr. Michael D. McKee as a defendant. The only allegation about Dr. Michael D. McKee is that he was a member of the medical review panel at the Nevada Department of Corrections (NDOC) and was responsible for the practices, policies and procedures affecting the medical care Plaintiff received as an inmate at Lovelock Correctional Center (LCC). He alleges the medical review panel approved certain procedures and unnecessarily delayed others. (ECF No. 67 at ¶¶ 9, 15, 22, 24, 26, 30.)

    At a December 30, 2024, case management conference, the court ordered the Attorney General's Office to file under seal the last known address for two defendants, including McKee. (ECF No. 117.)

    On January 2, 2025, the Attorney General's Office filed under seal the last known address of *Denise* McKee as well as a notice of the death of *Denise* McKee. (ECF Nos. 121, 122.)

On January 6, 2025, the court issued an order under Federal Rule of Civil Procedure 25, requiring a motion to substitute for *Denise* McKee be filed within 90 days, or Denise McKee would be dismissed. (ECF No. 125.)

No motion to substitute was filed, and on August 6, 2025, the court recommended that Dr. McKee be dismissed without prejudice under Federal Rule of Civil Procedure 25. (ECF No. 136.)

The court did not appreciate the discrepancy (not addressed by the Attorney General's Office or even the Plaintiff in an objection or other filing) that the suggestion of death filed by the Attorney General's Office was filed for *Denise* McKee and the defendant named in the SAC is *Michael* D. McKee.

Therefore, the court will withdraw the report and recommendation at ECF No. 136 and will require the Attorney General's Office to address this discrepancy.

**CONCLUSION**

The report and recommendation at ECF No. 136 is **WITHDRAWN**.

On or before **September 4, 2025**, the Attorney General's Office shall file a notice explaining the discrepancy between the defendant identified in the SAC as *Michael* D. Mckee and the suggestion of death filed for *Denise* McKee.

**IT IS SO ORDERED**.

Dated: August 25, 2025

_____
Craig S. Denney
United States Magistrate Judge