**ALICE CAMPOS MERCADO, ESQ.**
Nevada Bar No. 4555
**LEMONS, GRUNDY & EISENBERG**
601 Sierra Rose Drive, Suite 202
Reno, Nevada 89511
(775) 786-6868; (775) 786-9716 (fax)
acm@lge.net

*Attorneys for Defendant*
*Paul E. Gaulin, M.D.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWIN VELEZ, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL MINEV, in his individual and official capacities; DR. MARTIN J. NAUGHTON, M.D., in his individual and official capacities; DR. KIM A. ADAMSON, M.D., in his individual and official capacities; DR. MICHAEL D. MCKEE, M.D., in his individual and official capacities; DR. CAROL L. ALLEY, M.D., in her individual and official capacities; DR. HENRY R. LANDSMAN, M.D., in his individual and official capacities; DR. ROEHL PENA, M.D., in his individual and official capacities; and DR. PAUL E. GAULIN, M.D., in his individual capacity,<br><br>　　　　　　Defendants. | **CASE NO. 3:21-CV-00197-ART-CSD**<br><br>**DEFENDANT PAUL E. GAULIN, M.D.'S NOTICE OF UNDER SEAL SUBMISSION OF CONFIDENTIAL RECORDS PERTAINING TO PLAINTIFF AS EXHIBITS 4 AND 6 TO DEFENDANT PAUL E. GAULIN, M.D.'S MOTION FOR SUMMARY JUDGMENT** |

Defendant, PAUL E. GAULIN, M.D. hereby gives notice that **Exhibit 4,** consisting of the plaintiff's records from the Nevada Department of Corrections that contain plaintiff's medical information, and **Exhibit 6,** consisting of plaintiff's medical records from Humboldt General Hospital, are being filed under seal in support of Defendant Gaulin's Motion for Summary Judgment, filed concurrently herewith.

Pursuant to LR IC 1-1(d), the items submitted are described as follows:

**Exhibit 4** – consisting of 12 pages of plaintiff's records maintained by the Nevada Department of Corrections, produced on behalf of Defendants Minev, Naughton, Adamson and Alley pursuant to Fed. R. Civ. P. 26.

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
601 SIERRA ROSE DRIVE
SUITE 202
RENO, NV 89511
(775) 786-6868

- 1 -

1  **Exhibit 6** – consisting of 11 pages (including the custodian of records certification) from
2  Humboldt General Hospital, which have been marked for identification as Doc. Nos. HGH001
3  to HGH010.
4  The records will be served on plaintiff through the Lovelock Correctional Center in
5  accordance with NDOC Administrative Regulation No. 639.
6  DATED this 23rd day of October 2025

**LEMONS, GRUNDY & EISENBERG**

By: /s/ *Alice Campos Mercado*
    ALICE CAMPOS MERCADO, ESQ.

*Attorneys for Defendant*
*Paul E. Gaulin, M.D.*

LEMONS, GRUNDY & EISENBERG
A PROFESSIONAL CORPORATION
601 SIERRA ROSE DRIVE
SUITE 202
RENO, NV 89511
(775) 786-6868

# CERTIFICATE OF SERVICE

I am a citizen of the United States. My business address is 6005 Plumas Street, Third Floor, Reno, Nevada 89519, and I am employed by LEMONS, GRUNDY & EISENBERG in the City of Reno and County of Washoe where this service occurs. I am over the age of 18 years and not a party to the within action.

On October 23, 2025, following the ordinary business practice, I electronically filed and served through the CM/ECF program the foregoing document to the addressee(s) listed below described as **DEFENDANT PAUL E. GAULIN, M.D.'S NOTICE OF UNDER SEAL SUBMISSION OF CONFIDENTIAL RECORDS PERTAINING TO PLAINTIFF AS EXHIBITS 4 AND 6 TO DEFENDANT PAUL E. GAULIN, M.D.'S MOTION FOR SUMMARY JUDGMENT**

_____  **BY MAIL**:  in an envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Reno, Nevada;

_____  **BY PERSONAL SERVICE**:  in an envelope to be hand delivered this date;

_____  **BY OVERNIGHT DELIVERY**:  in an envelope to be delivered to an overnight delivery carrier with delivery fees provided for;

_____  **BY FACSIMILE**:  by transmitting by facsimile to the respective fax telephone phone number(s);

✓  **BY ELECTRONIC SERVICE:** the court to electronically serve the following individual(s):

| Edwin Velez (*pro per*) <br> 1016138 <br> Lovelock Correctional Center Law Library <br> 1200 Prison Road <br> Lovelock, NV 89419 | Rudolf M. D'Silva <br> Deputy Attorney General <br> **STATE OF NEVADA** <br> **OFFICE OF THE ATTORNEY GENERAL** <br> Public Safety-NDOC Division <br> 1 State of Nevada Way, Suite 100 <br> Las Vegas, NV 89119 <br><br> *Attorneys for Defendants* <br> *Minev, Alley, Naughton, McKee and Adamson* |
|---|---|

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

                                   */s/ Margie Nevin* <br>
                                   Margie Nevin

LEMONS, GRUNDY & EISENBERG
A PROFESSIONAL CORPORATION
601 SIERRA ROSE DRIVE
SUITE 202
RENO, NV 89511
(775) 786-6868

- 3 -