**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EDWIN VELEZ,

     Plaintiff

v.

DZURENDA, et al.,

     Defendants

Case No.: 3:21-cv-00197-ART-CSD

**Order**

Re: ECF Nos. 144, 148

Before the court are two motions for leave to file medical records under seal, one filed by defendant Dr. Gaulin (ECF No. 144), and one filed by Defendants Dr. Adamson, Dr. Alley, Dr. Minev, and Dr. Naughton (ECF No. 148). The motions are filed in connection with their respective motions for summary judgment.

When the documents sought to be sealed are "more than tangentially related to the merits of a case," as they are here, the court must find compelling reasons support the sealing of the documents. *Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1096-97, 1101 (9th Cir. 2016). This court, and others within the Ninth Circuit, have recognized that the need to protect medical privacy qualifies as a "compelling reason" for sealing records because the plaintiff's interest in keeping his sensitive health information confidential outweighs the public's need for direct access to the medical records.

Therefore, Defendants' motions (ECF Nos. 144, 148) are **GRANTED**.

**IT IS SO ORDERED**.

Dated: April 28, 2026

_____
Craig S. Denney
United States Magistrate Judge