**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EDWIN VELEZ,

Plaintiff

v.

DZURENDA, et al.,

Defendants

Case No.: 3:21-cv-00197-ART-CSD

**Order**

Re: ECF No. 166

On July 2, 2026, Defendants filed a suggestion of death as to defendant Dr. Martin Naughton.

If a motion to substitute is not filed by **September 30, 2026,** Dr. Naughton will be dismissed from this action without prejudice pursuant to Federal Rule of Civil Procedure 25(a).

**IT IS SO ORDERED**.

Dated: July 29, 2026

Craig S. Denney
United States Magistrate Judge