**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EDWIN VELEZ,

Plaintiff

v.

DZURENDA, et al.,

Defendants

Case No.: 3:21-cv-00197-ART-CSD

**Order**

Re: ECF No.168

On July 2, 2026, Defendants filed a suggestion of death as to Dr. Martin Naughton. On July 29, 2026, the court issued an order advising the parties that if a motion to substitute is not filed by September 30, 2026, Dr. Naughton will be dismissed from this action without prejudice pursuant to Federal Rule of Civil Procedure 25(a). (ECF No. 167.)

On August 3, 2026, Plaintiff filed a motion to substitute. (ECF No. 168.) Plaintiff's motion does not indicate who he seeks to substitute as a party in place of the decedent defendant Dr. Naughton, or that they have been served pursuant to Federal Rule of Civil Procedure 25 and Federal Rule of Civil Procedure 4. Therefore, Plaintiff's motion to substitute (ECF No. 168) is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: August 3, 2026

Craig S. Denney
United States Magistrate Judge